Danielle C. Koory
1701 Charleston Drive
Papillion, NE 68133

September 1, 2022

Re: Bronwyn Leigh Koory

To: The Honorable Judge Rebecca Goodgame Ebinger

I have known Bronwyn Leigh Koory since the day she was born. I was both surprised and sad to hear about the recent case as she is someone who considers others and their well being. It is for this reason that I am happy and willing to write a character reference letter for Bronwyn Koory regarding this matter. I understand the seriousness of this matter, however I hope the court will show some leniency.

As Bronwyn's aunt, I have watched her grow and change into the person she is today. Bronwyn has always had a bubbly personality and a smile so big that her eyes almost close. She likes to make people laugh and at times, even made herself giggle at something funny she said or did. Even through the adversity she faced as a young girl, she always managed to smile and persevere.

In addition to her great personality, Bronwyn is compassionate. When her younger sister Hayley was born Bronwyn immediately fell in love and became her protector. When her grandpa Ed needed help she was always there. She cares about others and feels like she needs to take care of people. It is second nature for Bronwyn to act as a caregiver to the people in her life. Whether it is giving rides, running errands or going to the store, Bronwyn wants to help and will step up.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Bronwyn Koory is a good human being and a valuable member to the community.

Sincerely,

Danielle C. Koory


EXHIBIT 106