February 8, 2023

District Judge Rebecca Goodgame Ebinger
United States District Judge for the Southern District of Iowa
123 East Walnut
Des Moines, 50309

RE: 1:22-cr-00021-RGE-HCA-1 - USA vs. Bronwyn Leigh Koory

Good Morning, Honorable Judge Rebecca Goodgame Ebinger,

I know that you preside over a lot of cases all day long every day and that you do not personally know any of the defendants whose fates are in your hands. I also know that you have received a lot of letters regarding my cousin, Bronwyn Leigh Koory, so I will keep this brief.

I am Bronwyn's oldest cousin. I am her Godmother's best friend. I have known Bronwyn her entire life. The Koory family is a very big, cohesive, God-loving, Catholic family. My Mom and Dad, Olga and Bob Koory, host Thanksgiving dinner for over 60 of us every year. This is a tradition that was passed down by our Grandparents, Lucille and Mike Koory. As a result, Thanksgiving is everyone in the Koory family's favorite holiday.

When Black Fridays were a big, run out to the stores, and see if you could get lucky day, my mom really wanted a triple crock pot cooker, which was one of the featured specials at Nebraska Furniture Mart. Within 1 hour of the doors opening, Bronwyn came back to my parent's house with a triple crock pot cooker in hand. My Mom was over the moon. Bronwyn forewent all of the shopping she had planned to do on Black Friday in order to show my Mom and Dad how much she appreciated them for hosting Thanksgiving dinner every year.

Bronwyn has always wanted nothing more than to love and be loved. She will do anything for anyone. The moment you meet her, she will be your best, most devoted friend. Please, take the time to meet with Bronwyn before you agree to sentence her to the plea deal upon which she agreed. Bronwyn made this plea deal without consulting any of her family members. She not only did this because she trusted her attorney who told her that if she did not take this 8-year prison sentence plea deal, she would most likely go to prison for 40 years, she did this because she did not want to dishonor her parents by allowing this case to go to trial. Bronwyn was ashamed.

I have been doing Technical Support for 27 years. I have watched how social media and cell phones have fostered an environment of useless babble that is intended only to incite reactions. As a matter of fact, when I addressed my 21-year-old daughter about something she posted on Facebook, she said, "Mom, what I post on Facebook does not reflect how I feel about the subject. It is just a post." I had to "teach" my daughter that posts have consequences. I am confident that this is something that Bronwyn has now learned the hard way.

Bronwyn is not a predator. Bronwyn is a beautiful soul. Bronwyn loves children and she loves people. I know that if you would just spend a few minutes with her, you will see this for yourself. The fact that Bronwyn may have to go through the rest of her life registering as a sex offender is very disheartening. I am praying fervently that you will have mercy on Bronwyn Leigh Koory, and that the sentence that you impose upon her does not include prison, but rather counseling and service to the people in our communities.

Stay Safe & God Be With You,

Wanda Koory



OMAHA NE 680
8 FEB 2023 PM 4 L

X-RAYED & CLEARED BY U.S.M.S.

DISTRICT JUDGE REBECCA EBINGER
123 EAST WALNUT
DES MOINES, IA 50309

RECEIVED
FEB 10 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599